Motion for reargument of motion for leave to appeal denied [*see* 9 NY3d 802].

MITCHELL BENESOWITZ, Appellant, v METROPOLITAN LIFE INSURANCE COMPANY, Plan Administrator of HONEYWELL LONG TERM DISABILITY INCOME PLAN, et al., Respondents.

Submitted August 6, 2007; decided September 18, 2007

Motion for reargument denied [*see* 8 NY3d 661].

MITCHELL BENESOWITZ, Appellant, v METROPOLITAN LIFE INSURANCE COMPANY, Plan Administrator of HONEYWELL LONG TERM DISABILITY INCOME PLAN, et al., Respondents.

Submitted August 6, 2007; decided September 18, 2007

Motion by the American Council of Life Insurers, et al. for leave to file a brief amici curiae on the motion for reargument herein granted and the brief is accepted as filed.

CELLUTECH, INC., et al., Respondents, v WATERTOWN INDUSTRIAL CENTER LOCAL DEVELOPMENT CORPORATION, Appellant, et al., Defendant.

Submitted September 4, 2007; decided September 18, 2007

Reported below, 42 AD3d 934.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the stipulation for judgment absolute filed does not meet the requisites of CPLR 5601 (c).

In the Matter of RICHARD CHAMPION, Appellant, v ROBERT DENNISON, as Chair of the New York State Board of Parole, Respondent.

Submitted July 11, 2007; decided September 18, 2007

Reported below, 40 AD3d 1181.

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot. Motion for poor person relief dismissed as academic.